UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DONNA FEHN,

                                      Plaintiff,     Civ. Act. No.: 07 CIV. 8321 (WCC)

           -against-                   **RULE 7.1**
                                                      **DISCLOSURE STATEMENT**

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK, JP
MORGAN CHASE BANK, as Plan Administrator,    DOCUMENT
HARTFORD LIFE AND ACCIDENT INSURANCE    ELECTRONICALLY FILED
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually, and
DESMOND "Doe," Individually,

                                   Defendants.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

      1.     Hartford Life Insurance Company;

      2.     Hartford Life and Accident Insurance Company;

      3.     Hartford Life, Inc.;

      4.     Hartford Holdings, Inc.; and

      5.     The Hartford Financial Services Group, Inc.

NY/513651v1

Dated: New York, New York
November 7, 2007

Respectfully Submitted,

s/ _____
MICHAEL H. BERNSTEIN (MHB 0579)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
(SDMA File No. 2489-107885)
*Attorneys for Defendant*
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

TO:
William D. Frumkin (WF 2173)
SAPIR & FRUMKIN LLP
399 Knollwood Road
White Plains, New York 10603
Telephone: (914) 328-0366
*Attorneys for Plaintiff*

2

NY/513651v1

3

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **Rule 7.1 Disclosure Statement** was served **ECF and Regular Mail** on November 7, 2007, upon the following:

> William D. Frumkin (WF 2173)
> SAPIR & FRUMKIN LLP
> 399 Knollwood Road
> White Plains, New York 10603
> Telephone: (914) 328-0366
> *Attorneys for Plaintiff*

Dated:  New York, New York
        November 7, 2007

s/
MICHAEL H. BERNSTEIN (MHB 0579)

3