AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

DONNA FEHN,

    Plaintiff,

-against-

GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF JP MORGAN CHASE BANK, et al.,

    Defendants.

**APPEARANCE**

Case Number: 07 Civ. 8321 (WCC)

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Defendant, Hartford Life & Accident Insurance Company.

 I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/7/2007 | John T. Seybert |
| Date | Signature |
| | John T. Seybert   JS-5014 |
| | Print Name   Bar Number |
| | Sedgwick, Detert, Moran & Arnold LLP, 125 Broad Street |
| | Address |
| | New York   NY   10004-2400 |
| | City   State   Zip Code |
| | (212) 422-0202   (212) 422-0925 |
| | Phone Number   Fax Number |

Digitally signed by John T. Seybert
DN: cn=John T. Seybert, o=Sedgwick, Detert, Moran Arnold LLP, ou, email=john.seybert@sdma.com, c=US
Date: 2007.11.07 11:48:00 -05'00'

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **Appearance** was served **ECF and Regular Mail** on November 7, 2007, upon the following:

>William D. Frumkin (WF 2173)
>SAPIR & FRUMKIN LLP
>399 Knollwood Road
>White Plains, New York 10603
>Telephone: (914) 328-0366
>*Attorneys for Plaintiff*

Dated:  New York, New York
         November 7, 2007

                                    s/
                                    JOHN T. SEYBERT

NY/513664v1