# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

DONNA FEHN,

            Plaintiff,

V.

GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF JP MORGAN CHASE BANK, JP MORGAN CHASE BANK, as Plan Administrator, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Administrator/Fiduciary of the Plan, KRISTA DUDECK, Individually, DANIEL BERTA, Individually, KARA MORETT, Individually, and DESMOND "Doe," Individually,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 07 CIV. 8321

## JUDGE CONNER

TO: (Name and address of defendant)

Group Long Term Disability Plan for
Employees of JP Morgan Chase Bank
JP Morgan Chase Bank
One Chase Manhattan Plaza, 20th Floor
New York, New York 10005

JP Morgan Chase, as Plan Administrator
JP Morgan Chase Bank
One Chase Manhattan Plaza, 20th Floor
New York, New York 10005

Hartford Life and Accident Insurance Co
200 Hopmeadow Street
Simsbury, Connecticut 06089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William D. Frumkin, Esq.
Sapir & Frumkin LLP
399 Knollwood Road, Suite 310
White Plains, New York  10603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

SEP 2 4 2007

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DONNA FEHN, JUDGE CONNER
        Plaintiff(s),

   -against-
GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK, JP
MORGAN CHASE BANK, et al.,
        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

Index No. 07 CIV. 8321

AFFIDAVIT OF SERVICE

ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 17th day of October 2007, at approximately 3:05 pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT WITH JURY DEMAND, INDIVIDUAL PRACTICES OF JUDGE WILLIAM C. CONNER, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GEORGE A. YANTHIS, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Group Long Term Disability Plan for Employees of JP Morgan Chase Bank JP Morgan Chase Bank at One Chase Manhattan Plaza, 20th Floor, New York, NY 10005, by personally delivering and leaving the same with Linda A. Platone, Legal Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Linda A. Platone is a white female, approximately 50 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 175 pounds with blonde hair and blue eyes.

_____
ROBERT MILLS #1004298

Sworn to before me this
19th day of October, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__