# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

DONNA FEHN,

                Plaintiff,

V.

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK,
JP MORGAN CHASE BANK, as Plan Administrator,
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually,
and DESMOND "Doe," Individually,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 8321**

**JUDGE CONNER**

TO: (Name and address of defendant)

| Krista Dudeck | Kara Morrett | Daniel Berta |
|---|---|---|
| JPMorgan Chase | JPMorgan Chase | JPMorgan Chase |
| 11 Martine Avenue, 14th Floor | 11 Martine Avenue, 14th Floor | 11 Martine Avenue, 14th Floor |
| White Plains, New York 10607 | White Plains, New York 10607 | White Plains, New York 10607 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    William D. Frumkin, Esq.
    Sapir & Frumkin LLP
    399 Knollwood Road, Suite 310
    White Plains, New York  10603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

SEP 2 4 2007

DATE

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DONNA FEHN,

        Plaintiff(s),

   -against-

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOEEYS OF JP MARGAN CHASE BANK, ET AL.,

        Defendant(s).
------------------------------------------------------------------X

Index No. 07 CV 8321

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 1st day of November, 2007, at approximately 8:15 PM, deponent served a true copy of the SUMMONS, COMPLAINT, JUDGES RULES, SDNY THIRD AM3ENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, SDNY PROCEEDURES FOR ELECTRONIC CASE FILING, AND SDNY GUIDELINES FOR ELECTRONIC CASE FILING upon KARA MORRETT at 70 Park Drive, Mount Kisco, New York 10549, by personally delivering and leaving the same with KARA MORRETT at that address. At the time of service, deponent asked KARA MORRETT whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        KARA MORRETT is a white female, approximately 35 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 200 pounds with brown hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
2nd day of November, 2007

_____
NOTARY PUBLIC

JONATHAN I. RIPPS
Notary Public, State of New York
No. 16109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com