Conner, J

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X   Via ECF

DONNA FEHN,                                        :

                Plaintiff,                        :   07 CIV. 8321 (WCC)

    -against-                                     :   ECF CASE

                                                   :   STIPULATION + ORDER

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK, JP              :
MORGAN CHASE BANK, as Plan Administrator,
HARTFORD LIFE AND ACCIDENT INSURANCE               :
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,         :
Individually, KARA MORETT, Individually, and
DESMOND "Doe," Individually,                       :

                Defendants.                       :
-------------------------------------------------- X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants JPMorgan Chase Long-Term Disability Plan (erroneously named herein as "Group Long Term Disability Plan for Employees of JPMorgan Chase Bank"), JPMorgan Chase Bank, N.A., (erroneously named herein as "JPMorgan Chase Bank"), Krista Dudek (erroneously named herein as "Krista Dudeck") and Kara Morett (collectively, "JPMorgan Defendants") to respond to the Complaint with Jury Demand of Plaintiff Donna Fehn is extended to and including December 14, 2007.

    This Stipulation may be executed in counterparts. Facsimile signatures, if utilized below shall be as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation, or counterpart copies thereof, which photocopy shall have the same force and effect as the original.

162074:v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-copies [illegible] for π
+ MAILED TO JPMORGAN AS COUNSEL

Dated:      New York, New York
            October 26, 2007

**Sapir & Frumkin LLP**

By: _____
    William D. Frumkin (WF-2173)
Attorney(s) for Plaintiff
399 Knollwood Road, Suite 310
White Plains, New York  10603
(914) 328-0366

JPMorgan Chase Legal Department

By: _____
    Stacey L. Blecher (SB-1674)
Attorney(s) for JPMorgan Chase Defendants
One Chase Manhattan Plaza, 26th Floor
New York, New York  10081
(212) 552-3814

**SO ORDERED:**

_____
U.S.D.J.

dated: White Plains, NY
       Nov. 14, 2007

162074:v1