# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

DONNA FEHN,

                Plaintiff,

                V.

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK,
JP MORGAN CHASE BANK, as Plan Administrator,
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually,
and DESMOND "Doe," Individually,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 07 CIV. 8321
## JUDGE CONNER

TO: (Name and address of defendant)

| Krista Dudeck | Kara Morrett | Daniel Berta |
| --- | --- | --- |
| JPMorgan Chase | JPMorgan Chase | JPMorgan Chase |
| 11 Martine Avenue, 14th Floor | 11 Martine Avenue, 14th Floor | 11 Martine Avenue, 14th Floor |
| White Plains, New York 10607 | White Plains, New York 10607 | White Plains, New York 10607 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    William D. Frumkin, Esq.
    Sapir & Frumkin LLP
    399 Knollwood Road, Suite 310
    White Plains, New York  10603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

CLERK

SEP 2 4 2007

DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

Index No: **07 CIV. 8321**

Plaintiff/Petitioner: **Donna Fehn**

Defendant/Respondent: **Group Long Term Disability Plan for Employees of JP Morgan Chase Bank, et al.**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss.:

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **11/09/2007** at **1:45 PM**, I served the within **Summons and Complaint, Judges Rules, SDNY Procedures for Electronic Case Filing and SDNY Guidelines for Electronic Case Filing** on **Daniel Berta, Fairfield County Bank** at **94 Danbury Road, Ridgefield, CT 06877** in the manner indicated below:

☑ INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 45 | 5'10 | 190 |
| Other features: | | | | | |

☑ MIL. SRVC. Your deponent asked the person spoken to whether defendant was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
____ day of _____, 20 __
by an affiant who is personally known to
me or produced identification.

X _____
Stuart Perlmutter

_____
NOTARY PUBLIC
My Commission Expires: 12/31/09