# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

DONNA FEHN,

                Plaintiff,

           V.

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK,
JP MORGAN CHASE BANK, as Plan Administrator,
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually,
and DESMOND "Doe," Individually,
                Defendants.

TO: (Name and address of defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 07 CIV. 8321

## JUDGE CONNER

Group Long Term Disability Plan for
 Employees of JP Morgan Chase Bank
JP Morgan Chase Bank
One Chase Manhattan Plaza, 20th Floor
New York, New York 10005

JP Morgan Chase, as Plan Administrator
JP Morgan Chase Bank
One Chase Manhattan Plaza, 20th Floor
New York, New York 10005

Hartford Life and Accident Insurance Co.
200 Hopmeadow Street
Simsbury, Connecticut 06089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William D. Frumkin, Esq.
Sapir & Frumkin LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

SEP 2 4 2007
DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: 07 CIV.8321

Plaintiff/Petitioner: **Donna Fehn**

Defendant/Respondent: **Group Long Term Disability Plan for Employees of JP Morgan Chase Bank, et al.**

ss.:

**Stephen Tomkowski**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **10/18/2007** at **2:05 PM**, I served the within **Summons and Complaint, Judges Rules, SDNY Third Amended Instructions for Filing an Electronic Case or Appeal, SDNY Procedures for Electronic Case Filing, and SDNY Guidelines for Electronic Case Filing** on **Hartford Life and Accident Insurance Co.** at Hartford Plaza, Hartford, CT 06103 in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **Michael Johnson**, **Legal Assistant** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 35 | 6' | 210 |
| Other features: | | | | | |

Sworn to and subscribed before me this ___ day of _____October_____, 20 07
by an affiant who is personally known to me or produced identification.

X ___S. Tomkowski___
Stephen Tomkowski

_____
NOTARY PUBLIC
My Commission Expires: __12/31/08__