ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X   Via ECF

DONNA FEHN,

              Plaintiff,         07 CIV. 8321 (WCC)

    -against-

GROUP LONG TERM DISABILITY PLAN FOR         STIPULATION
EMPLOYEES OF JP MORGAN CHASE BANK, JP
MORGAN CHASE BANK, as Plan Administrator,
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually, and
DESMOND "Doe," Individually,

              Defendants.
------------------------------------------------ X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants JPMorgan Chase Long-Term Disability Plan (erroneously named herein as "Group Long Term Disability Plan for Employees of JPMorgan Chase Bank"), JPMorgan Chase Bank, N.A., (erroneously named herein as "JPMorgan Chase Bank"), Krista Dudek (erroneously named herein as "Krista Dudeck"), Kara Morett and Daniel Berta (collectively, "JPMorgan Defendants") to respond to the Complaint with Jury Demand of Plaintiff Donna Fehn is extended to and including January 4, 2008.

    This Stipulation may be executed in counterparts. Facsimile signatures, if utilized below shall be as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation, or counterpart copies thereof, which photocopy shall have the same force and effect as the original.



COPIES MAILED TO COUNSEL OF RECORD
AND MAILED To JPMorgan As Counsel

Dated:     New York, New York
           December 26, 2007

Sapir & Frumkin LLP

By: /s/ William D. Frumkin
    William D. Frumkin, Esq.
Attorney(s) for Plaintiff
399 Knollwood Road, Suite 310
White Plains, New York  10603
(914) 328-0366
WFrumkin@sapirfrumkin.com

SO ORDERED:

/s/ William C. Conner
U.S.D.J.

JPMorgan Chase Legal & Compliance Department

By: /s/ Stacey L. Blecher (2nd)
    Stacey L. Blecher, Esq.
Attorney(s) for JPMorgan Chase Defendants
One Chase Manhattan Plaza, 26th Floor
New York, New York  10081
Stacey.L.Blecher@chase.com

Dated: January 2, 2008