UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X   Via ECF

DONNA FEHN,

                Plaintiff,                      07 CIV. 8321 (WCC)

-against-

                                                     **RULE 7.1 STATEMENT**

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK, JP
MORGAN CHASE BANK, as Plan Administrator,
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually, and
DESMOND "Doe," Individually,

                Defendants.
------------------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants JPMorgan Chase Long-Term Disability Plan (erroneously named herein as "Group Long Term Disability Plan for Employees of JPMorgan Chase Bank"), JPMorgan Chase Bank, N.A., (erroneously named herein as "JPMorgan Chase Bank"), Krista Dudek (erroneously named herein as "Krista Dudeck"), Kara Morett and Daniel Berta (collectively, "JPMC Defendants"), certifies that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

                              JPMorgan Chase & Co.

Dated:  January 4, 2008

                                                  **JPMorgan Chase Legal & Compliance Department**

                                                  By: _/s/ Stacey L. Blecher_
                                                        Stacey L. Blecher, Esq.
                                        Attorney(s) for JPMorgan Chase Defendants
                                        One Chase Manhattan Plaza, 26th Floor
                                        New York, New York  10081
                                        Stacey.L.Blecher@chase.com