ECF Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

------------------------------------x

DONNA FEHN,

07 Civ. 8321 (WCC)

Plaintiff,

- against -

**STIPULATION TO
EXTEND TIME OR MOVE**

GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF JP MORGAN CHASE BANK,
JP MORGAN CHASE BANK, as Plan Administrator,
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually,
and DESMOND "Doe," Individually,

Defendants.

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Plaintiff to answer or otherwise move in response to the counterclaims of Defendants is extended to and including February 6, 2008.

This Stipulation may be executed in counterparts. Facsimile signatures, if utilized below shall be as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation, or counterpart copies thereof, which photocopy shall have the same force and effect as the original.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES GIVEN TO COUNSEL OF RECORD 1/25/08

Dated: White Plains, New York
January 22, 2008

| SAPIR & FRUMKIN LLP | JPMORGAN CHASE LEGAL & COMPLIANCE DEPARTMENT |
|---|---|
| By: _____ <br> Daniel T. Driesen (DD 3201) <br> Attorneys for Plaintiff <br> 399 Knollwood Road <br> White Plains, New York 10603 <br> (914) 328-0366 <br> DDriesen@sapirfrumkin.com | By: _____ <br> Stacey L. Blecher, Esq. (SB 1674) <br> Attorneys for JPMorgan Chase Defendants <br> One Chase Manhattan Plaza, 26th Floor <br> New York, New York 10081 <br> (212) 552-3814 <br> Stacey.L.Blecher@chase.com |

F:\APPLICAT\WP\Fenn\Stipulation.Extending Plaintiff's Time wpd\llh

SO ORDERED.
Dated: Jan. 25, 2008
White Plains, NY

_____
WILLIAM C. CONNER, Senior U.S.D.J.

-2-