| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>DONNA FEHN,<br><br>                               Plaintiff,<br><br>          - against -<br><br>GROUP LONG TERM DISABILITY PLAN FOR<br>EMPLOYEES OF JP MORGAN CHASE BANK,<br>JP MORGAN CHASE BANK, as Plan Administrator,<br>HARTFORD LIFE AND ACCIDENT INSURANCE<br>COMPANY, as Administrator/Fiduciary of the Plan,<br>KRISTA DUDECK, Individually, DANIEL BERTA,<br>Individually, KARA MORETT, Individually,<br>and DESMOND "Doe," Individually,<br><br>                               Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | ECF Case<br><br>07 Civ. 8321 (WCC) (GAY)<br><br><br><br><br><br>**NOTICE OF MOTION TO<br>DISMISS AND FOR<br>LEAVE TO AMEND THE<br>COMPLAINT** |

      **PLEASE TAKE NOTICE** that, upon the annexed Affidavit of William D. Frumkin, Esq., sworn to on the 6th day of February, 2008, and accompanying Memorandum of Law in Support, dated February 6, 2008, plaintiff will move in the United States District Court for the Southern District of New York, at the United States Courthouse, located at 300 Quarropas St., Room 630, White Plains, New York 10601, on March 10, 2008 or a date to be set by the Court, for an order and judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the JPMC Defendants' Counterclaim in its entirety with prejudice for failure to state a claim and for an order

pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, granting plaintiff leave to file an amended complaint to include a claim for retaliation and interference under ERISA §510, a copy of which is annexed hereto.

Dated: White Plains, New York
   February 6, 2008

Yours, etc.,

**SAPIR & FRUMKIN LLP**

By:  /s/ William D. Frumkin
   William D. Frumkin (WF 2173)
   Sapir & Frumkin LLP
   Attorneys for Plaintiff
   399 Knollwood Road, Suite 310
   White Plains, New York 10603
   (914) 328-0366

To: Stacey L. Blecher, Esq.
   Attorneys for JPMorgan Chase Defendants
   One Chase Manhattan Plaza, 26th Floor
   New York, New York 10081
   (212) 552-3814

   Michael H. Bernstein
   Sedgwick, Detert, Moran & Arnold LLP
   Attorneys for Defendant Hartford Life and Accident Insurance Company
   125 Broad Street
   New York, New York 10004-2400
   (212) 422-0202

F:\APPLICAT\WP\Fehn\Litigation\Motion to Dismiss.Notice of Motion.ECF.wpd\rlh

**CERTIFICATE OF SERVICE**

      I hereby certify that I am not a party to this action and am over 18 years of age. I further certify that on February 6, 2008, a copy of NOTICE OF MOTION TO DISMISS AND FOR LEAVE TO AMEND THE COMPLAINT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

> Stacey L. Blecher, Esq.
> One Chase Manhattan Plaza, 26th Floor
> New York, New York 10081
> Attorneys for JPMorgan Chase Defendants
>
> Michael H. Bernstein
> Sedgwick, Detert, Moran & Arnold LLP
> 125 Broad Street
> New York, New York 10004-2400
> Attorneys for Defendant Hartford Life and Accident Insurance Company

      Parties may access this filing through the Court's electronic filing system

      /s/ Rachel L. Horton
      Rachel L. Horton