UNITED STATES DISTRICT COURT          ECF Case
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
DONNA FEHN,

                   07 Civ. 8321 (WCC) (GAY)

       Plaintiff,

  - against -             **AFFIDAVIT OF WILLIAM**
                     **D. FRUMKIN, ESQ. IN**
                     **SUPPORT OF**
GROUP LONG TERM DISABILITY PLAN FOR  **NOTICE OF MOTION TO**
EMPLOYEES OF JP MORGAN CHASE BANK,  **DISMISS AND FOR**
JP MORGAN CHASE BANK, as Plan Administrator, **LEAVE TO AMEND THE**
HARTFORD LIFE AND ACCIDENT INSURANCE **COMPLAINT**
COMPANY, as Administrator/Fiduciary of the Plan,
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually,
and DESMOND "Doe," Individually,

       Defendants.
------------------------------------------x

STATE OF NEW YORK   )
COUNTY OF WESTCHESTER )ss.:

  **WILLIAM D. FRUMKIN**, being duly sworn, deposes and says:

  1. I am a partner with the law firm of Sapir & Frumkin, LLP, attorneys for plaintiff in the above-captioned matter. I make this Affidavit based upon the facts and circumstances had herein.

  2. Annexed hereto as Exhibit "1" is a true and accurate copy of the Complaint in this action, filed on September 24, 2007.

  3. Annexed hereto as Exhibit "2" is a true and accurate copy of the Answer to Complaint With Jury Demand on Behalf of Defendants JPMorgan Chase Long-Term Disability Plan, JPMorgan

Chase Bank, N.A., as Plan Administrator, Krista Dudek, Individually, Daniel Berta, Individually, and Kara Morett, Individually, filed on or about January 4, 2008.

Dated: White Plains, New York
      February 6, 2008

*William D. Frumkin*

Sworn before me this
6th day of February, 2008

Notary Public

RACHEL L. HORTON
NOTARY PUBLIC, State Of New York
No. 01HO6095205
Qualified In Dutchess County
Commission Expires July 7, 20 11

F:\APPLICAT\WP\Fehn\Litigation\Motion to Dismiss.Frumkin Aff.wpd\rlh

## **CERTIFICATE OF SERVICE**

      I hereby certify that I am not a party to this action and am over 18 years of age. I further certify that on February 6, 2008, a copy of AFFIDAVIT OF WILLIAM D. FRUMKIN, ESQ. IN SUPPORT OF NOTICE OF MOTION TO DISMISS AND FOR LEAVE TO AMEND THE COMPLAINT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

      Stacey L. Blecher, Esq.
      One Chase Manhattan Plaza, 26th Floor
      New York, New York 10081
      Attorneys for JPMorgan Chase Defendants

      Michael H. Bernstein
      Sedgwick, Detert, Moran & Arnold LLP
      125 Broad Street
      New York, New York 10004-2400
      Attorneys for Defendant Hartford Life and Accident Insurance Company

      Parties may access this filing through the Court's electronic filing system

      /s/ Rachel L. Horton
      Rachel L. Horton