*Conner, J*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X  Via ECF

DONNA FEHN,                                           :

             Plaintiff,                              :   07 CIV. 8321
                                                      :   (WCC) (GAY)
   -against-                                         :

GROUP LONG TERM DISABILITY PLAN FOR                   :   STIPULATION & ORDER
EMPLOYEES OF JP MORGAN CHASE BANK, JP                     EXTENDING TIME
MORGAN CHASE BANK, as Plan Administrator,             :
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, as Administrator/Fiduciary of the Plan,      :
KRISTA DUDECK, Individually, DANIEL BERTA,
Individually, KARA MORETT, Individually, and          :
DESMOND "Doe," Individually,
                                                      :
             Defendants.                             :
------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants JPMorgan Chase Long-Term Disability Plan (erroneously named herein as "Group Long Term Disability Plan for Employees of JPMorgan Chase Bank"), JPMorgan Chase Bank, N.A., (erroneously named herein as "JPMorgan Chase Bank"), Krista Dudek (erroneously named herein as "Krista Dudeck"), Kara Morett and Daniel Berta (collectively, "JPMorgan Defendants") to respond to Plaintiff's Motion to Dismiss JPMorgan Defendants' Counterclaims and for Leave to Amend the Complaint is extended from February 27, 2008 to and including March 4, 2008. Plaintiff's time to reply to JPMorgan Chase Defendants' response is extended from March 10, 2008 to and including March 21, 2008.

162074v2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-
COPIES MAILED TO COUNSEL OF RECORD

This Stipulation may be executed in counterparts. Facsimile signatures, if utilized below shall be as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation, or counterpart copies thereof, which photocopy shall have the same force and effect as the original.

Dated:   New York, New York
         February 26, 2008

Sapir & Frumkin LLP

By: _____
    Daniel T. Driesen, Esq. DD3201
Attorney(s) for Plaintiff
399 Knollwood Road, Suite 310
White Plains, New York 10603
(914) 328-0366
DDriesen@sapirfrumkin.com

JPMorgan Chase Legal &
Compliance Department

By: _____
    Stacey L. Blecher, Esq.
Attorney(s) for JPMorgan Chase Defendants
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L.Blecher@Chase.com

SO ORDERED:

_____
Sr. U.S.D.J. William C. Connor

Dated: White Plains, NY
       Feb. 27, 2008

162074:v2